UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYLVIA CATHERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   4:11CV2004  HEA |
| | ) |
| COMMERCE BANK N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that due to a scheduling conflict for the Court, the Rule 16 Scheduling Conference set in this matter for Thursday, March 15, 2012, is vacated.  The Case Management Order in this matter will be issued based on the dates proposed by the parties in their Joint Proposed Scheduling Plan [Doc. #7]

Dated this 12th day of March, 2012.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE